# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * *   *
                                                    *
U.S. AEROTEAM, INC.,                                *
                                                    *
              Plaintiff,                            *
                                                    *    No. 18-1096C
       v.                                           *    Filed: August 9, 2021
                                                    *
UNITED STATES,                                      *
                                                    *
              Defendant.                            *
                                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court held trial in the above captioned case from August 2, 2021 to August 6, 2021. After the record was closed and the parties presented their closing arguments, the court entered judgment in the favor of defendant. A record of the proceeding is available. Therefore, the court instructs the Clerk's Office to enter **JUDGMENT** in favor of defendant.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
            **Judge**